1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

11 | JACK BENJAMIN HESSIANI,         | Case No. 5:24-cv-01034-JWH-SSC
12 |                     Petitioner, |
13 |           v.                    | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**
14 | WARDEN,                         |
15 |                     Respondent. |

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and conclusions of the Magistrate Judge in the Report and Recommendation are **ACCEPTED**.
2. Respondent's motion to dismiss (ECF 15) is **GRANTED**.
3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: April 22, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE