JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JACK BENJAMIN HESSIANI, | Case No. 5:24-cv-01034-JWH-SSC |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

|   |   |
|---|---|
| 1 | Pursuant to the Order Accepting Findings, Conclusions, and |
| 2 | Recommendations of United States Magistrate Judge, |
| 3 | It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this |
| 4 | action is **DISMISSED with prejudice.** |
| 5 | **IT IS SO ORDERED.** |

DATED: April 22, 2025

*[signature]*

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE