# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BENJAMIN HESSIANI,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 5:24-cv-01034-JWH-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation.[1]  The Court has engaged in a de novo review of those portions of the R&R to which Petitioner has objected.

The R&R recommends the grant of Respondent's motion to dismiss and the dismissal of this action with prejudice.  Petitioner's objections do not merit any change to the R&R's findings or recommendations.

Petitioner objects that his federal sentence was miscalculated and that he is entitled to a credit of eight months and 29 days.[2]  The Court agrees with the Report that Petitioner is not entitled to an additional eight months and 29 days of custody credit.[3]  By the time that Petitioner was sentenced in the California case, he had already served eight months and 29 days of his Nevada sentence.[4]  Although the California sentence was ordered to run concurrently with the Nevada sentence, "the concurrency could only be applied *prospectively* from the date of the California sentence."[5]  Moreover, the time that Petitioner had served on his earlier Nevada sentence did not count as presentence credits toward his California sentence.[6]  Petitioner's objections merely repeat his claim without addressing the relevant authorities or the R&R's reasoning.

Accordingly, the Court hereby **ORDERS** as follows:

---

[1] Report and Recommendation (the "R&R") [ECF No. 20]; Obj. to R&R (the "Objection")[ECF No. 30].

[2] Objection 1-3.

[3] R&R 6:14-20.

[4] *Id.* at 9:6-9.

[5] *Id.* at 9:9-24 (citing *Schleining v. Thomas*, 642 F.3d 1242, 1248 n.8 (9th Cir. 2011), and similar district court cases).

[6] *Id.* at 8:5-27 & 10:3-14 (citing authorities).

1. The findings and conclusions of the Magistrate Judge in the R&R are **ACCEPTED** and **ADOPTED**.

2. Respondent's motion to dismiss[7] is **GRANTED**.

3. This action is **DISMISSED with prejudice**.

4. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: October 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[7] Resp.'s Motion to Transfer, Dismiss, or Deny [ECF No. 15].