JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BENJAMIN HESSIANI,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 5:24-cv-01034-JWH-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge entered substantially contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

Dated: October 7, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE